IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02562-AP

DAVID C. HISEL,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    James P. Guthro, Esq.
    225 N. 5th Street
    Grand Junction, CO 81501
    Telephone: (970) 241-0707
    Fax:  (970) 242-8375
    jim@killianlaw.com

    For Defendant:
    WILLIAM J. LEONE
    United States Attorney

    KURT J. BOHN
    Assistant United States Attorney
    kurt.bohn@usdoj.gov

    Debra Meachum
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    Telephone: (303) 844-0812
    Fax: (303) 844-0770
    debra.meachum@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:** 12/16/05
   B.   **Date Complaint Was Served on U.S. Attorney's Office:** 12/19/05
   C.   **Date Answer and Administrative Record Were Filed:**  2/17/06

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Plaintiff believes the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**   This case does not involve any unusually complicated claims.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims.

**7.     OTHER MATTERS**

**Plaintiff states:**   Plaintiff will seek to recover costs he was awarded in the previous civil action wherein the matter was remanded to the Administrative Law Judge.
**Defendant states:**  None anticipated.

**8.     PROPOSED BRIEFING SCHEDULE**

   A.   **Plaintiff's Opening Brief Due:**     April 28, 2006.
   B.   **Defendant's  Response Brief Due:** May 31, 2006.
   C.   **Plaintiff's  Reply Brief Due:**        June 14, 2006

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:**.    Oral argument is not requested.
   B.   **Defendant's Statement:**   Oral argument not requested.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.    (   ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.    ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this <u>9th</u> day of <u>March</u>, 2006.

                                     BY THE COURT:

                                     S/John L. Kane
                                     U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ James P. Guthro 3/9/06<br>James P. Guthro, Esq.<br>225 N. 5th Street<br>Grand Junction, CO 81501<br>Telephone: (970) 241-0707<br>Fax: (970) 242-8375<br>jim@killianlaw.com<br><br>Attorney for Plaintiff David C. Hisel | UNITED STATES ATTORNEY<br>WILLIAM J. LEONE<br>United States Attorney<br><br>KURT J. BOHN<br>Assistant U.S. Attorney<br>kurt.bohn@usdoj.gov<br><br>By: s/Debra J. Meachum 3/9/06<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0812<br>debra.meachum@ssa.gov<br><br>Attorneys for Defendant |