IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02562-MSK

DAVID C. HISEL,

       Plaintiffs,

v.

JOANNE BARNHART, Commissioner of Social Security,

       Defendants.

---

**ORDER RESCHEDULING HEARING**

---

Due to an scheduling conflict, the hearing previously set for **December 19, 2006 at 9:30 a.m.** is hereby reset to **December 29, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 27th day of July, 2006.

                                                  **BY THE COURT:**

                                                  *Marcia S. Krieger*

                                                  Marcia S. Krieger
                                                  United States District Judge