IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02562-MSK

DAVID C. HISEL,

    Plaintiffs,

v.

JOANNE BARNHART, Commissioner of Social Security,

    Defendants.

---

### ORDER VACATING AND RESETTING EVIDENTIARY HEARING

---

Due to inclement weather,

**IT IS ORDERED** that the oral argument set for **December 29, 2006 at 8:30 a.m.** is **VACATED** and **RESET** to **January 30, 2007 at 1:30 p.m.**

Dated this 28th day of December, 2006

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____
        Marcia S. Krieger
        United States District Judge